IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JEREMY LAMOND HENDERSON,

      Plaintiff,

    v.

VAN WORTH SHAW *et al.*,

      Defendants.

1:26CV65

## <u>ORDER AND RECOMMENDATION<br>OF UNITED STATES MAGISTRATE JUDGE</u>

Henderson has sued multiple law enforcement officials for violating his alleged Second Amendment right to "keep and bear arms without any license or permits" by arresting him for a concealed handgun permit violation. Docket Entry 1 (Compl.) at 2, 4. He seeks damages compensating him for his resulting lost employment as a security guard. *Id.* at 5, 17–19.

However, Henderson has neither paid the filing fee nor provided an affidavit to proceed *in forma pauperis*. The Court should therefore dismiss Henderson's complaint without prejudice.

Additionally, if Henderson refiles with an application to proceed *in forma pauperi*s, the Court may dismiss his complaint again—and potentially with prejudice—if he does not first cure its existing defects. For example, the complaint names multiple defendants but does not identify why each defendant is liable to Henderson. And Henderson alleges no facts detailing why exactly he was arrested

for a concealed handgun permit violation, making it difficult to understand exactly what his claim is—for example, whether it is a *per s*e challenge of North Carolina's concealed carry permitting regime, or whether he is only challenging the permitting laws as applied to him specifically.

Finally, the Court notes that Henderson's complaint contains a document condemning use of the term "sovereign citizen" by courts as "sanctionable, prejudicial, and defamatory." Compl. at 33. This document is problematic. It purports to be a filing from an anonymous plaintiff in the United States District Court for the Northern District of Georgia but bears no case number. *See* Compl. at 33. Further, the document contains multiple hallucinated citations. *See, e.g.*, *id*. at 34 (for example, the *Griffin* case does not exist, and the *Phillips* case does not contain the quoted language or anything similar to it).

This is unacceptable. By filing a document in federal court, Henderson certifies that its contents are true and its arguments are not frivolous. *See* Fed. R. Civ. P. 11(b). The Court may sanction Henderson if it finds otherwise. Fed. R. Civ. P. 11(c). There will be no further warnings in this regard.

**IT IS THEREFORE ORDERED** that Henderson is GRANTED *in forma pauperis* status for the sole purpose of entering this Order and Recommendation.

**IT IS RECOMMENDED** that the Court **DISMISS WITHOUT PREJUDICE** Henderson's complaint.

This, the 5th day of May, 2026.

_____
JoAnna Gibson McFadden
United States Magistrate Judge

3