IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JEREMY LAMOND HENDERSON., <br><br><br> Plaintiff, <br><br> v. <br><br><br> VAN WORTH SHAW et al., <br><br><br> Defendants. | 1:26-CV-65-DAB-JGM |

## **ORDER**

This matter is before the Court for review of the Order and Recommendation filed on May 5, 2026. (D.E. 2.) The Magistrate Judge recommends dismissing Plaintiff's action without prejudice for failure to pay the filing fee or provide an affidavit to proceed *in forma pauperis*. The deadline for objections passed on May 19, 2026, and no parties have objected to the Recommendation.

Because there are no objections, the Court "must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. Proc. 72 advisory committee's note). This Court has accordingly reviewed the Recommendation and concludes it contains no clear error.

Accordingly, it is ORDERED that the Magistrate Judge's Recommendation (D.E. 2) is ADOPTED and this action is DISMISSED WITHOUT PREJUDICE.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 29th day of May, 2026.

                    /s/ David A. Bragdon
                    United States District Judge